## ECHOLS *v.* THE STATE.

FISH, J. 1. On the trial of one indicted for using opprobrious words, it is for the jury to determine whether or not there was provocation sufficient to excuse their use. *Collins* v. *State,* 78 *Ga.* 88; *Williams* v. *State,* 105 *Ga.* 608, and citations.

110  257
Case 1
114 104
110  257
Case 1
124  416

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring.*

Submitted October 5, — Decided October 27, 1899.

Indictment for opprobrious words. Before Judge Winn. City court of Gwinnett. July term, 1899.

*R. W. Peeples* and *Oscar Brown,* for plaintiff in error.
*F. F. Juhan, solicitor,* contra.